COMMISSIONER OF LABOR OF NORTH CAROLINA v. HOUSE OF RAEFORD FARMS, INC.

No. 504PA96

(Filed 7 November 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of the Court of Appeals, 124 N.C. App. 349, 477 S.E.2d 230 (1996), reversing the order entered 12 September 1995 by Johnson (E. Lynn), J., in Superior Court, Hoke County. Heard in the Supreme Court 13 October 1997.

*Michael F. Easley, Attorney General, by Hilda Burnett-Baker, Special Deputy Attorney General, and Daniel D. Addison, Assistant Attorney General, for plaintiff-appellee.*

*Jordan, Price, Wall, Gray & Jones, L.L.P., by Henry W. Jones, Jr., and A. Hope Derby, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.